IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA SMITH**   **PLAINTIFF**

v.   **CASE NO. 4:21-CV-01134-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*   **DEFENDANT**

## ORDER

After *de novo* review of the record, including Cynthia Smith's objections, the recommended disposition from United States Magistrate Judge Edie R. Ervin [Doc. No. 28] is adopted. The commissioner's decision is affirmed and Smith's case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE