IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CYNTHIA SMITH**                                                                                          **PLAINTIFF**

v.                            CASE NO. 4:21-CV-01134-BSM

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE